**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WASHINGTON PRIME GROUP INC., *et al.*,[1] | ) | Case No. 21-31948 (MI) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) | (Emergency Hearing Requested) |

**ORDER (I) AUTHORIZING THE DEBTORS**
**OF TO REDACT CERTAIN PERSONALLY IDENTIFIABLE**
**INFORMATION, (II) WAIVING THE REQUIREMENT TO FILE A LIST**
**EQUITY SECURITY HOLDERS, (III) APPROVING THE FORM AND MANNER**
**OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THE CHAPTER**
**11 CASES AND OTHER INFORMATION, AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to redact certain personally identifiable information, (b) waiving the requirement to file a list of and provide notice directly to the Debtor WPG Inc.'s equity security holders, (c) approving the form and manner of notifying creditors of the commencement of these chapter 11 cases, and (d) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/washingtonprime. The Debtors' service address is 180 East Broad Street, Columbus, Ohio 43215.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors are authorized to redact (a) the home addresses of individuals listed on the Creditor Matrix, Schedules and Statements, and list of individual equity holders or other documents filed with the Court and (b) the name and address information in respect of individuals protected by the EU GDPR. The Debtors shall provide an unredacted version of the Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to this Order to (x) the Court, the U.S. Trustee, and counsel to any official committee appointed in these chapter 11 cases (if any) and (y) any party in interest upon a request to the Debtors (email is sufficient) or to the Court that is reasonably related to these chapter 11 cases, subject to the restrictions of the EU GDPR; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. The Debtors shall inform the Court and U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order. Any party in interest may request emergency relief from the provisions herein, including that the Debtors have not satisfied their burden under section 107(c) of the Bankruptcy Code.

2. The requirement that Debtor WPG Inc. file a list of its equity security holders pursuant to Bankruptcy Rule 1007(a)(3) is waived.

3. Any requirement that Debtor entity WPG Inc. provide notice directly to equity security holders under Bankruptcy Rule 2002(d) is waived, and the Debtors are authorized to serve the notices required under Bankruptcy Rule 2002(d) on the registered holders of Debtor WPG Inc.'s equity securities, and to the extent they are known, on beneficial holders through the appropriate broker, Depository Trust Company participant, or other intermediary.

4. The Debtors are authorized to serve the notice of commencement, substantially in the form attached hereto as **Exhibit A**, on the Creditor Matrix. Service of the notice of commencement shall be deemed adequate and sufficient notice of (a) the commencement of these chapter 11 cases and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

5. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2021

UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit A</u>**

**Notice of Commencement**

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor: | Washington Prime Group Inc., *et al* <br> Name | EIN: | 46-4323686 |
| United States Bankruptcy Court for the Southern District of Texas | | | |
| Case Number: | 21-31948 (MI) | Date case filed for Chapter 11: | June 13, 2021 |

## Official Form 309F (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case      12/17

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

A form to open an account on the bankruptcy court's electronic case filing system may be obtained at: http://www.txs.uscourts.gov/sites/txs/files/CRECFform.pdf.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Debtors' full name:  See chart below.**

### List of Jointly Administered Cases

| NO. | DEBTOR | PRIOR NAMES | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | **Washington Prime Group Inc.** | SPG SpinCo Subsidiary Inc.; WP Glimcher Inc.; Glimcher; WP Glimcher | 21-31948 | 46-4323686 |
| 2 | **Washington Prime Group, L.P.** | SPG Spinco Operating Partnership, L.P.; CONNECT!KIDS; Dekalb Plaza; E-Commerce Meets Brick and Mortar; Experience Retail; Jersey Gardens; Glimcher; Fashion Forum; Haul @ The Mall; Kid*Lando; Kidx Club; Kidx Club And Design; Lakeline; License To Shop; Maplewood Mall; Momtopia; Northlake Mall; Omg! Mall Haul!; Polaris Fashion Place; Scottsdale Quarter; Scottsdale Quarter Q; Sensitive Bunny; Sensitive Santa; Shelby Sugar Shop; Shelby's Sugar Shop; | 21-31949 | 46-4674640 |

Official Form 309F (For Corporations or Partnerships)      **Notice of Chapter 11 Bankruptcy Cases**

| NO. | DEBTOR | PRIOR NAMES | CASE NO. | EIN # |
|---|---|---|---|---|
|  |  | Shelby's Sugar Shop and Design; Shelby's Sugar Shop Design; Tangible; Taste of Orlando; the Intersection of E-Tail and Re-Tail; the Outlet Collection; the Quarter; Washington Prime Group; Washington Prime Group I Limited Partnership; Washington Prime Group I, L.P.; Washington Prime Group, LP |  |  |
| 3 | **Bloomingdale Court, LLC** | Bloomingdale Court | 21-31951 | 27-0720123 |
| 4 | **Bowie Mall Company, LLC** | Bowie Town Center; Bowie Town Center Strip | 21-31955 | 58-2576359 |
| 5 | **Boynton Beach Mall, LLC** | Boynton Beach Mall | 21-31959 | 46-5288795 |
| 6 | **C.C. Altamonte Joint Venture** | West Town Corners | 21-31966 | 35-1841103 |
| 7 | **C.C. Ocala Joint Venture** | Gaitway Plaza | 21-31970 | 35-1841105 |
| 8 | **C.C. Westland Joint Venture** | Westland Park Plaza | 21-31973 | 35-1845503 |
| 9 | **Chautauqua Mall, LLC** | Chautauqua Mall | 21-31979 | 46-5289159 |
| 10 | **Chesapeake Center, LLC** | Chesapeake Center | 21-31985 | 46-5289671 |
| 11 | **Chesapeake Theater, LLC** | Chesapeake Square | 21-31991 | 27-3698713 |
| 12 | **Clay Terrace Partners, LLC** | Clay Terrace | 21-31954 | 35-2260966 |
| 13 | **Coral Springs Joint Venture** | Royal Eagle Plaza | 21-31960 | 35-1845496 |
| 14 | **CT Partners, LLC** | Clay Terrace | 21-31965 | 35-2100674 |
| 15 | **Dare Center, LLC** | Dare Center | 21-31971 | 46-5289813 |
| 16 | **Dayton Mall III LLC** | Dayton Mall | 21-31978 | N/A |
| 17 | **Downeast LLC** | Downeast Associates Limited Partnership; Plaza at Buckland Hills | 21-31987 | 35-1845501 |
| 18 | **Edison Mall, LLC** | Edison Mall | 21-31993 | 46-5290435 |
| 19 | **Empire East, LLC** | Empire East | 21-31999 | 45-4007394 |
| 20 | **Fairfax Court Center LLC** | Fairfax Court Limited Partnership; Fairfax Court | 21-32006 | 35-1841110 |
| 21 | **Fairfield Town Center, LLC** | Fairfield Town Center | 21-31947 | 46-5294097 |
| 22 | **Fairfield Village, LLC** | Mall at Fairfield Commons | 21-32010 | 54-2065292 |
| 23 | **Gaitway Plaza, LLC** | Gaitway Plaza | 21-32017 | 13-4300423 |
| 24 | **Greenwood Plus Center, LLC** | Greenwood Plus | 21-32003 | 46-5294259 |
| 25 | **Jefferson Valley Center LLC** | N/A | 21-32012 | 46-5318376 |
| 26 | **Keystone Shoppes, LLC** | Keystone Shoppes | 21-32018 | 46-5294432 |
| 27 | **KI-Henderson Square Associates, L.P.** | Henderson Square | 21-32022 | 23-3014155 |
| 28 | **KI-Henderson Square Associates, LLC** | N/A | 21-32024 | 23-3014154 |
| 29 | **KI-Whitemak Associates, LLC** | N/A | 21-32026 | 23-2995740 |
| 30 | **Lakeview Plaza (Orland), LLC** | Lakeview Plaza | 21-32030 | 27-1122653 |
| 31 | **Lima Center, LLC** | Lima Center | 21-32032 | 46-5329415 |
| 32 | **Lincoln Crossing, LLC** | Lincoln Crossing | 21-32033 | 46-5318219 |
| 33 | **Lindale Mall, LLC** | Lindale Mall | 21-32034 | 45-4007343 |
| 34 | **Mall at Cottonwood II LLC** | Cottonwood Mall | 21-32035 | N/A |

| NO. | DEBTOR | PRIOR NAMES | CASE NO. | EIN # |
|---|---|---|---|---|
| 35 | Mall at Great Lakes, LLC | Great Lakes Mall | 21-31950 | 30-0713227 |
| 36 | Mall at Irving, LLC | Irving Mall | 21-31952 | 46-5317957 |
| 37 | Mall at Jefferson Valley, LLC | Jefferson Valley Mall | 21-31956 | N/A |
| 38 | Mall at Lake Plaza, LLC | Lake Plaza | 21-31962 | 46-5317693 |
| 39 | Mall at Lima, LLC | Lima Mall | 21-31967 | 46-5329686 |
| 40 | Mall at Longview, LLC | Longview, LLC; WPG Mall at Longview, LLC | 21-31977 | 46-5319161 |
| 41 | Maplewood Mall, LLC | Maplewood Mall | 21-31983 | 46-5319384 |
| 42 | Markland Fee Owner LLC | Markland Mall | 21-31990 | N/A |
| 43 | Markland Mall, LLC | Markland Mall | 21-31996 | 52-2373779 |
| 44 | Markland Plaza, LLC | Markland Plaza | 21-32000 | 46-5338623 |
| 45 | Martinsville Plaza, LLC | Martinsville Plaza | 21-32007 | 46-5338770 |
| 46 | Melbourne Square, LLC | Melbourne Square | 21-31975 | 46-5341209 |
| 47 | MFC Beavercreek, LLC | Mall at Fairfield Commons | 21-31981 | 20-0225220 |
| 48 | Morgantown Mall LLC | Morgantown Mall Associates Limited Partnership; Morgantown Mall | 21-31989 | 31-1429084 |
| 49 | MSA/PSI Altamonte Limited Partnership | C.C. Altamonte Joint Venture; West Town Corners | 21-32002 | 35-1841104 |
| 50 | MSA/PSI Ocala Limited Partnership | CC Ocala Joint Venture | 21-32008 | 35-1841106 |
| 51 | Northwoods Ravine, LLC | Northwoods Mall | 21-32014 | 11-3733363 |
| 52 | Northwoods Shopping Center, LLC | Northwoods Mall | 21-32019 | 46-5341371 |
| 53 | Orange Park Mall, LLC | Orange Park Mall | 21-32020 | 46-5357873 |
| 54 | Paddock Mall, LLC | Paddock Mall | 21-32023 | 46-5341530 |
| 55 | Plaza at Buckland Hills, LLC | Plaza at Buckland Hills | 21-32027 | 57-1221364 |
| 56 | Plaza at Countryside, LLC | Countryside Plaza | 21-32029 | 46-5341716 |
| 57 | Plaza at Northwood, LLC | Northwood Plaza | 21-31963 | 46-5363847 |
| 58 | Plaza at Tippecanoe, LLC | Tippecanoe Plaza | 21-31972 | 46-5364087 |
| 59 | Richardson Square, LLC | Richardson Square | 21-31986 | 46-5342413 |
| 60 | Rockaway Town Court, LLC | Rockaway Town Court | 21-31995 | 46-5342695 |
| 61 | Rockaway Town Plaza, LLC | Rockaway Town Plaza | 21-32004 | 46-5304500 |
| 62 | Rolling Oaks Mall, LLC | Rolling Oaks Mall | 21-32011 | 46-4877182 |
| 63 | Royal Eagle Plaza LLC | Royal Eagle Limited Partnership; Coral Springs Joint Venture | 21-32021 | 35-1863229 |
| 64 | Royal Eagle Plaza II LLC | Coral Springs Joint Venture | 21-32016 | N/A |
| 65 | Shops at Northeast Mall, LLC | The Shops at Northeast Mall | 21-32025 | 46-5305016 |
| 66 | Simon MV, LLC | N/A | 21-32028 | 47-3950362 |
| 67 | SM Mesa Mall, LLC | Mesa Mall | 21-32031 | 20-4583467 |
| 68 | Southern Hills Mall LLC | Southern Hills Mall | 21-31953 | N/A |
| 69 | Southern Park Mall, LLC | Southern Park Mall | 21-31957 | 46-5305160 |
| 70 | St. Charles Towne Plaza, LLC | St. Charles Towne Plaza | 21-31961 | 27-0722824 |
| 71 | Sunland Park Mall, LLC | Sunland Park Mall | 21-31964 | 46-5310530 |

| NO. | DEBTOR | PRIOR NAMES | CASE NO. | EIN # |
|---|---|---|---|---|
| 72 | The Outlet Collection LLC | Glimcher Supermall Venture, LLC; The Outlet Collection | 21-31969 | 31-1578414 |
| 73 | Town Center at Aurora II LLC | Town Center at Aurora | 21-31974 | N/A |
| 74 | University Park Mall CC, LLC | University Center | 21-31980 | 75-3246349 |
| 75 | University Town Plaza, LLC | University Town Plaza | 21-31984 | 46-5310721 |
| 76 | Village Park Plaza, LLC | Village Park Plaza | 21-31988 | 57-1221358 |
| 77 | Villages at MacGregor, LLC | Macgregor Village | 21-31994 | 46-5305975 |
| 78 | Washington Plaza, LLC | Washington Plaza | 21-31997 | 46-5311107 |
| 79 | Washington Prime Management Associates, LLC | Spinco Management Associates, LLC | 21-31958 | 46-4797543 |
| 80 | Washington Prime Property Limited Partnership | Glimcher Properties Limited Partnership; Glimcher Properties of Delaware Limited Partnership; Washington Prime Property Limited Partnership; Washington Prime Property Limited Partnership | 21-31968 | 31-1390925 |
| 81 | West Town Corners, LLC | West Town Corners | 21-31976 | 13-4300426 |
| 82 | Westshore Plaza II LLC | Westshore Plaza | 21-31982 | N/A |
| 83 | Whitemak Associates | Whitehall Mall | 21-31992 | 23-2024198 |
| 84 | WPG Management Associates, Inc. | N/A | 21-31998 | 47-1284642 |
| 85 | WPG Northtown Venture LLC | Glimcher Northtown Venture, LLC; Northtown Mall | 21-32001 | 31-1597612 |
| 86 | WPG Rockaway Commons, LLC | Rockaway Commons | 21-32005 | 46-5311523 |
| 87 | WPG Westshore, LLC | Glimcher Westshore, LLC; Westshore Plaza | 21-32009 | 20-0107126 |
| 88 | WPG Wolf Ranch, LLC | Wolf Ranch Town Center | 21-32013 | 46-5311312 |
| 89 | WTM Stockton, LLC | WTM Glimcher LLC; WTM Glimcher, LLC; Weberstown Mall | 21-32015 | 20-4526849 |

| | |
|---|---|
| **All other names used in the last 8 years:** | **See chart above.** |
| **Address:** | 180 East Broad Street, Columbus, Ohio 43215 |

**Debtors' attorneys:**

Matthew D. Cavenaugh (TX Bar No. 24062656)
Kristhy M. Peguero (TX Bar No. 24102776)
Genevieve Graham (TX Bar No. 24085340)
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:    (713) 752-4200
Facsimile:    (713) 752-4221
Email:    mcavenaugh@jw.com
            kpeguero@jw.com
            ggraham@jw.com

-and-

Chad J. Husnick, P.C. (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**

Debtors' notice and claims agent (for court documents and case information inquiries):

**If by First-Class Mail:**
Washington Prime Group Inc.
c/o Prime Clerk
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

**If by Hand Delivery or Overnight Mail:**
Washington Prime Group Inc.
c/o Prime Clerk
One Grand Central Place
60 East 42nd Street, Suite 1440

| | | |
|---|---|---|
| **KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:             chad.husnick@kirkland.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (*pro hac vice* pending)<br>Alexander J. Nicas (*pro hac vice* pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:             jsussberg@kirkland.com<br>Email:             alexander.nicas@kirkland.com | New York, NY 10165<br>Telephone: (877) 329-1913 (U.S./Canada)<br>                   (347) 919-5772 (International)<br>Email: washingtonprimeinfo@primeclerk.com<br>Case website:<br>https://cases.primeclerk.com/washingtonprime | |
| **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address:<br>You may inspect all records filed in this case at this office or online at www.pacer.gov | **United States Courthouse**<br>**515 Rusk Street**<br>**Houston, Texas  77002**<br><br>All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.primeclerk.com/washingtonprime | **Hours Open:  Monday - Friday**<br>**8:00 AM - 5:00 PM**<br>**Contact phone:  713-250-5500** |
| **Meeting of Creditors**<br><br>The debtor's representative must attend the meeting to be questioned under oath.  Creditors may attend, but are not required to do so. | **July 22, 2021, at 2:00 p.m. (prevailing Central Time)**<br><br>The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | **Location:**<br><br>Bob Casey United States Courthouse, Office of the United States Trustee,<br>515 Rusk, Suite 3401<br>Houston, Texas, 77002 |
| **Proof of Claim Deadline:** | **Deadline for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>Your claim is designated as disputed, contingent or unliquidated;<br>You file a proof of claim in a different amount; or<br>You receive another notice<br><br>If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For | **Unless a different date is subsequently ordered by the Court, <u>October 20, 2021</u>** |

Official Form 309F (For Corporations or Partnerships)                                                         Notice of Chapter 11 Bankruptcy Case

| | |
|---|---|
| | example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** To be determined. |
| **Creditors with a Foreign Address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F (For Corporations or Partnerships)　　　　　　　　　　Notice of Chapter 11 Bankruptcy Case