UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WASHINGTON PRIME GROUP INC., *et al.*,[1] | ) ) ) | Case No. 21-31948 (MI) |
| Debtors. | ) ) ) | (Joint Administration Requested) (Emergency Hearing Requested) |

**NOTICE OF AGENDA FOR FIRST DAY HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JUNE 14, 2021, AT 2:30 P.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE MARVIN ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.    Evidentiary Support for First Day Pleadings.**

    A.    ***First Day Declaration.***  Declaration of Mark E. Yale, Executive Vice president and Chief Financial officer of Washington Prime Group Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 26].

    <u>Status</u>:  The Declaration will be relied upon as evidentiary support for the first day matters listed below.

**II.    Joint Administration and Financing Motion.**

    1.    ***Joint Administration Motion.***  Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2].

    <u>Status</u>: This matter is going forward.

    2.    ***DIP Motion.***  Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superiority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 23].

---

[1]    A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/washingtonprime.  The Debtors' service address is 180 East Broad Street, Columbus, Ohio 43215.

KE 77111106

**Status**: This matter is going forward.

III. **First Day Pleadings.**

3. ***Wages Motion.***  Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 3].

    **Status**: This matter is going forward.

4. ***Cash Management Motion.***  Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Bank Accounts, (C) Continue to Perform Intercompany Transactions, and (D) Maintain Existing Business Forms and (II) Granting Related Relief [Docket No. 25].

    **Status**: This matter is going forward.

5. ***Tenant Obligations Motion.***  Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing (I) Payment of Tenant Obligations and (II) Granting Related Relief [Docket No. 8].

    **Status**: This matter is going forward.

6. ***NOL Motion.***  Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock or Preferred Stock and (II) Granting Related Relief [Docket No. 10].

    **Status**: This matter is going forward.

7. ***Prime Clerk Retention Application.***  Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 5].

    **Status**: This matter is going forward.

8. ***Critical Vendors Motion.***  Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Trade Claims, and (III) Granting Related Relief [Docket No. 11].

    **Status**: This matter is going forward.

9. ***Utilities Motion.***  Debtors' Emergency Motion for Entry of an Order (I) Approving the Proposed Adequate Assurance Deposit for Future Utility Services,

      (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Proposed Adequate Assurance –Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 13].

      **Status**: This matter is going forward.

10.   ***Taxes Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 7].

      **Status**: This matter is going forward.

11.   ***Insurance Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend or Purchase Insurance Policies, and (C) Continue to Pay Brokerage Fees, and (II) Granting Related Relief [Docket No. 12].

      **Status**: This matter is going forward.

12.   ***Creditor Matrix Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Waiving the Requirement to File A List of Equity Security Holders, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (IV) Granting Related Relief [Docket No. 24].

      **Status**: This matter is going forward.

13.   ***SOFAs/Schedules Extension Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 9].

      **Status**: This matter is going forward.

Houston, Texas
June 14, 2021

/s/  *Genevieve M. Graham*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kristhy M. Peguero (TX Bar No. 24102776) | Joshua A. Sussberg, P.C. (*pro hac vice* pending) |
| Genevieve Graham (TX Bar No. 24085340) | Alexander J. Nicas (*pro hac vice* pending) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone:   (713) 752-4200 | Telephone:       (212) 446-4800 |
| Facsimile:    (713) 752-4221 | Facsimile:        (212) 446-4900 |
| Email:          mcavenaugh@jw.com | Email:              jsussberg@kirkland.com |
|                     kpeguero@jw.com |                          alexander.nicas@kirkland.com |
|                     ggraham@jw.com | |

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (*pro hac vice* pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:           chad.husnick@kirkland.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I certify that on June 14, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Genevieve M. Graham*
      Genevieve M. Graham