**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **WASHINGTON PRIME GROUP INC.,** *et al.,*[1] | § | **Case No. 21-31948 (MI)** |
| | § | |
| **DEBTOR(S)** | § | **(Jointly Administered)** |

**NOTICE OF APPOINTMENT OF OFFICIAL**
<u>**COMMITTEE OF UNSECURED CREDITORS**</u>

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

　　　　　COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| U.S. Bank National Association, Trustee<br>60 Livingston Avenue<br>St. Paul, MN  55107 | Christopher Gehman<br>804-771-7925<br>christopher.gehman@usbank.com |
| Nationwide Janitorial Services, Inc.<br>P.O. Box 8301<br>St. Louis, MO 63132 | Bob Welsh<br>314-373-4159<br>bwelsh@safecleaning.net |
| Parking Lot Services LLC<br>42 Maple Terrace / P.O. Box 220<br>Hibernia, NJ  07842 | Andrew Muller<br>973-725-1156<br>andrew@parkinglotservices.net |

Dated: June 25, 2021

KEVIN M. EPSTEIN.
UNITED STATES TRUSTEE

By: /s/ *Stephen D. Statham*
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 252
(713) 718-4670 Fax

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/washingtonprime.  The Debtors' service address is 180 East Broad Street, Columbus, Ohio 43215.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on June 25, 2021.

*/s/ Stephen D. Statham*
Stephen D. Statham
Trial Attorney
