**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WASHINGTON PRIME GROUP INC., *et al.*,[1] | ) Case No. 21-31948 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **RE: Docket No. 174** |

**CERTIFICATE OF COUNSEL**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas* (the "Complex Case Procedures"), the undersigned counsel for the above-captioned debtors (collectively, the "Debtors") certifies as follows:

1. On June 25, 2021, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 174] (the "OCP Motion").

2. The deadline to object to the relief requested in the OCP Motion was July 16, 2021 (the "Objection Deadline"). No objections or responses to OCP Motion were filed on the docket on or before the Objection Deadline. Counsel for the Debtors received comments on the OCP Motion from the United States Trustee, which were incorporated by the Debtors and are reflected in the attached revised proposed order.

3. Counsel for the Debtors did not receive any other informal or formal responses or objections to the OCP Motion. The undersigned certifies that the attached proposed order resolves

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk/washingtonprime. The Debtors' service address in these chapter 11 cases is 180 East Broad Street, Columbus, Ohio 43215.

all known responses to the relief requested in the OCP Motion. A redline reflecting changes to the proposed order is attached.

4.  The Debtors request that the Court enter the attached proposed order its earliest convenience.

Houston, Texas
July 19, 2021

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kristhy M. Peguero (TX Bar No. 24102776) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Genevieve Graham (TX Bar No. 24085340) | Alexander J. Nicas (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| kpeguero@jw.com | alexander.nicas@kirkland.com |
| ggraham@jw.com | |

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  chad.husnick@kirkland.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I certify that on July 19, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Matthew D. Cavenaugh*
                                                    Matthew D. Cavenaugh