**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------------x
:
In re                                            :  Chapter 11
:
WASHINGTON PRIME GROUP, INC., *et al.,*   :  Case No. 21-31948 (MI)
:
:  (Jointly Administered)
:
Debtors.                                :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("Counsel") hereby appears on behalf of the Ad Hoc Group of Individual Shareholders in the above-captioned jointly administered case. Counsel hereby enters its appearance pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above captioned chapter 11 cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Ad Hoc Group of Individual Shareholders through service upon Counsel, at the address, telephone, and email addresses set forth below:

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| Bradford J. Sandler, Esq. | Michael D. Warner, Esq. (TX Bar No. 00792304) |
| Robert J. Feinstein, Esq. | Ayala A. Hassell, Esq (TX Bar No. 01009800) |
| Shirley S. Cho, Esq. | 440 Louisiana Street, Suite 900 |
| 780 Third Avenue, 34th Floor | Houston, TX 77002 |
| New York, NY 10017-2024, CA 90067-4100 | Telephone: (713) 691-93850 |
| Telephone:  (212) 561-7700 | Email:   mwarner@coleschotz.com |
| Email:   bsandler@pszjlaw.com |              ahassell@pszjlaw.com |
|              rfeinstein@pszjlaw.com | |
|              scho@pszjlaw.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Ad Hoc Group of Individual Shareholders, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Group of Individual Shareholders may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: August 6, 2021 | By:   */s/Michael D. Warner* |

      Michael D. Warner (TX Bar No. 00792304)
      Ayala A. Hassell, Esq. (TX Bar No. 01009800)
      **PACHULSKI STANG ZIEHL & JONES LLP**
      440 Louisiana Street, Suite 900
      Houston, TX 77002
      Telephone: (713) 691-9385
      Facsimile: (713) 691-9407
      Email: mwarner@pszjlaw.com
      Email: ahassell@pszjlaw.com

-and-

Bradford J. Sandler
Robert J. Feinstein
Shirley S. Cho
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
Email: bsandler@pszjlaw.com
Email: scho@pszjlaw.com

*Counsel for the Ad Hoc Group of Individual Preferred Shareholders*