United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WASHINGTON PRIME GROUP INC., *et al.*,[1] | ) ) ) | Case No. 21-31948 (MI) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) **Re: Docket No. 1176** |

### FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Reorganized Debtors," and prior to the Effective Date of the Plan, the "Debtors") for the entry of a final decree (this "Final Decree") closing certain of the chapter 11 cases, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/washingtonprime. The Reorganized Debtors' service address is 180 East Broad Street, Columbus, Ohio 43215.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The cases identified on **Exhibit A** (the "Affiliate Cases") are hereby closed; *provided* that this Court retains jurisdiction as provided in the Plan and the Confirmation Order.

2. The chapter 11 case of Washington Prime Group Inc., Case No. 21-31948, (the "Remaining Case") shall remain open pending the entry of a final decree by this Court closing the Remaining Case.

3. All Remaining Matters, whether they pertain to the Remaining Case or an Affiliate Case, shall be filed, administered, and adjudicated in the Remaining Case without the need to reopen any of the Affiliate Cases.

4. A docket entry shall be made in each of the Affiliate Cases substantially similar to the following:

> An order has been entered in this case directing that all further reporting concerning the administration of the assets and liabilities in this case will occur only in the case of Washington Prime Group Inc., Case No. 21-31948. The docket in Case No. 21-31948 should be consulted for all matters affecting this case.

5. Any failure of the Reorganized Debtors to file an objection to any Claim or Interest in any of the Affiliate Cases on or prior to entry of this Final Decree shall not constitute allowance of the Claim or Interest and shall not result in such Claim or Interest being deemed Allowed against or in any Reorganized Debtor.

6. The Reorganized Debtors shall, not later than thirty (30) days after the date of entry of this Final Decree Closing Certain of the Chapter 11 Cases, file a post-confirmation report for the fourth quarter of 2021 for the Affiliate Cases through the date of entry of the Final Decree Closing Certain of the Chapter 11 Cases and shall serve a copy of said report on the U.S. Trustee. The combined post-confirmation report shall itemize disbursements by entity.

7. The Reorganized Debtors shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) with respect to the Affiliate Cases by remitting payment to the United States Trustee Payment Center, P.O. Box 6200-19, Portland, Oregon, 97228-6200 no later than the later of (x) fourteen days after the date of entry of the Final Decree and (y) the date on which such quarterly fees are otherwise due, and shall furnish evidence of such payment to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the account numbers of the applicable Reorganized Debtor(s) and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the acting U.S. Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

8. All further reporting concerning the administration of the assets and liabilities of the Reorganized Debtors (including monthly operating reports or post-confirmation reports) shall occur only in the Remaining Case. Quarterly fees with respect to the Remaining Case shall be paid pending entry of a final decree closing the Remaining Case.

9. Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized Debtors or any party in interest to seek to reopen any of these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Reorganized Debtors to dispute, in an appropriate non-bankruptcy forum, all claims against the Reorganized Debtors in these

chapter 11 cases as contemplated by the Plan. Nothing in this Final Decree shall change the amount or nature of any distribution, or any other substantive rights, that any claim against or interest in any Reorganized Debtor would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, or otherwise had this Final Decree not been entered.

10. Notwithstanding anything to the contrary in this Final Decree, all of the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

11. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

Signed: December 14, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

**Exhibit A**

**Affiliate Cases**

| Debtor | Case No. |
|---|---|
| Washington Prime Group, L.P. | 21-31949 |
| Bloomingdale Court, LLC | 21-31951 |
| Bowie Mall Company, LLC | 21-31955 |
| Boynton Beach Mall, LLC | 21-31959 |
| C.C. Altamonte Joint Venture | 21-31966 |
| C.C. Ocala Joint Venture | 21-31970 |
| C.C. Westland Joint Venture | 21-31973 |
| Chautauqua Mall, LLC | 21-31979 |
| Chesapeake Center, LLC | 21-31985 |
| Chesapeake Theater, LLC | 21-31991 |
| Clay Terrace Partners, LLC | 21-31954 |
| Coral Springs Joint Venture | 21-31960 |
| CT Partners, LLC | 21-31965 |
| Dare Center, LLC | 21-31971 |
| Dayton Mall III LLC | 21-31978 |
| Downeast LLC | 21-31987 |
| Edison Mall, LLC | 21-31993 |
| Empire East, LLC | 21-31999 |
| Fairfax Court Center LLC | 21-32006 |
| Fairfield Town Center, LLC | 21-31947 |
| Fairfield Village, LLC | 21-32010 |
| Gaitway Plaza, LLC | 21-32017 |
| Greenwood Plus Center, LLC | 21-32003 |
| Jefferson Valley Center LLC | 21-32012 |
| Keystone Shoppes, LLC | 21-32018 |
| KI-Henderson Square Associates, L.P. | 21-32022 |
| KI-Henderson Square Associates, LLC | 21-32024 |
| KI-Whitemak Associates, LLC | 21-32026 |
| Lakeview Plaza (Orland), LLC | 21-32030 |

| Debtor | Case No. |
|---|---|
| Lima Center, LLC | 21-32032 |
| Lincoln Crossing, LLC | 21-32033 |
| Lindale Mall, LLC | 21-32034 |
| Mall at Cottonwood II LLC | 21-32035 |
| Mall at Great Lakes, LLC | 21-31950 |
| Mall at Irving, LLC | 21-31952 |
| Mall at Jefferson Valley, LLC | 21-31956 |
| Mall at Lake Plaza, LLC | 21-31962 |
| Mall at Lima, LLC | 21-31967 |
| Mall at Longview, LLC | 21-31977 |
| Maplewood Mall, LLC | 21-31983 |
| Markland Fee Owner LLC | 21-31990 |
| Markland Mall, LLC | 21-31996 |
| Markland Plaza, LLC | 21-32000 |
| Martinsville Plaza, LLC | 21-32007 |
| Melbourne Square, LLC | 21-31975 |
| MFC Beavercreek, LLC | 21-31981 |
| Morgantown Mall LLC | 21-31989 |
| MSA/PSI Altamonte Limited Partnership | 21-32002 |
| MSA/PSI Ocala Limited Partnership | 21-32008 |
| Northwoods Ravine, LLC | 21-32014 |
| Northwoods Shopping Center, LLC | 21-32019 |
| Orange Park Mall, LLC | 21-32020 |
| Paddock Mall, LLC | 21-32023 |
| Plaza at Buckland Hills, LLC | 21-32027 |
| Plaza at Countryside, LLC | 21-32029 |
| Plaza at Northwood, LLC | 21-31963 |
| Plaza at Tippecanoe, LLC | 21-31972 |
| Richardson Square, LLC | 21-31986 |
| Rockaway Town Court, LLC | 21-31995 |

| Debtor | Case No. |
|---|---|
| Rockaway Town Plaza, LLC | 21-32004 |
| Rolling Oaks Mall, LLC | 21-32011 |
| Royal Eagle Plaza LLC | 21-32021 |
| Royal Eagle Plaza II LLC | 21-32016 |
| Shops at Northeast Mall, LLC | 21-32025 |
| Simon MV, LLC | 21-32028 |
| SM Mesa Mall, LLC | 21-32031 |
| Southern Hills Mall LLC | 21-31953 |
| Southern Park Mall, LLC | 21-31957 |
| St. Charles Towne Plaza, LLC | 21-31961 |
| Sunland Park Mall, LLC | 21-31964 |
| The Outlet Collection LLC | 21-31969 |
| Town Center at Aurora II LLC | 21-31974 |
| University Park Mall CC, LLC | 21-31980 |
| University Town Plaza, LLC | 21-31984 |
| Village Park Plaza, LLC | 21-31988 |
| Villages at MacGregor, LLC | 21-31994 |
| Washington Plaza, LLC | 21-31997 |
| Washington Prime Management Associates, LLC | 21-31958 |
| Washington Prime Property Limited Partnership | 21-31968 |
| West Town Corners, LLC | 21-31976 |
| Westshore Plaza II LLC | 21-31982 |
| Whitemak Associates | 21-31992 |
| WPG Management Associates, Inc. | 21-31998 |
| WPG Northtown Venture LLC | 21-32001 |
| WPG Rockaway Commons, LLC | 21-32005 |
| WPG Westshore, LLC | 21-32009 |
| WPG Wolf Ranch, LLC | 21-32013 |
| WTM Stockton, LLC | 21-32015 |

30334089v.6