United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 26, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| WASHINGTON PRIME GROUP INC.,[1] | § | Case No. 21-31948 (MI) |
| | § | |
| SOUTHERN HILLS MALL, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 22-03131 |
| SIOUX CITY BOARD OF REVIEW, | § | |
| Defendant. | § | |

## ORDER AND FINAL JUDGMENT

Pending before the Court is Plaintiff Southern Hills Mall, LLC's Motion for Summary Judgment (the "Motion"). No response has been filed..

It is **ORDERED** that the value of the Southern Hills Mall, Property Identification Number 884707476002, for the 2021 tax year is $18,100,000.00.

Each party will bear its own attorneys fees. Costs are awarded to the Plaintiff.

This is a **FINAL JUDGMENT**.

Signed: July 26, 2023

Marvin Isgur
United States Bankruptcy Judge

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/washingtonprime. The Reorganized Debtors' service address is 180 East Broad Street, Columbus, Ohio 43215.